**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RYAN P. GIVEY, : No. 92 MAP 2024

          Appellant :

          v. :

DAVID W. SUNDAY, :

          Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 23rd day of January 2025, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court").